UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br>    v.<br><br>TED E. MEZA, Trustee of the 2002 Meza Revocable Trust U/D/T dated January 10, 2002;<br>JOYCE E. MEZA, Trustee of the 2002 Meza Revocable Trust U/D/T dated January 10, 2002;<br>TOM MEZA;<br>TRICIA MEZA;<br>DOROTHY JUNE BAKER; and Does 1-10,<br><br>        Defendants. | Case: 2:16-CV-00591-WBS-KJN<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), and the stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 6, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE